IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| KEILA ALMANZAR § | |
| *Plaintiff* § | |
| § | |
| v. § | |
| § | CIVIL ACTION: 3:20-cv-00117-KC |
| DANIEL ANDRE EAGLESTAR, § | |
| SHAMROCK FOODS, CO. and JORGE § | JURY DEMANDED |
| AVITIA § | |
| *Defendants* § | |

**PLAINTIFF'S DESIGNATION OF EXPERTS AND
DISCLOSURE OF EXPERT TESTIMONY**

TO THE HONORABLE JUDGE KATHLEEN CARDONE:

1.  COMES NOW KEILA ALMANZAR, hereinafter referred to as "Plaintiff", and pursuant to the Order Granting Agreed Motion to Modify Amended Scheduling Order dated June 17, 2021 (Doc. 53), the Federal Rules of Civil Procedure and the Local Rules, files this her Designation of Experts and for such designation, would respectfully show unto the Court as follows:

**I.**

**RETAINED EXPERTS**

2.  Plaintiff hereby designates the following individuals as retained testifying experts:

D. Liz Vinton
Nurse Practitioner
Texas Life Care Planning, LLC
6541 Kenwood Avenue
Dallas, Texas 75214
214-300-8060
liz@texaslifecareplanning.com

Liz Vinton may be called to testify as to (1) Plaintiff's medical diagnosis, (2) past and future medical treatment for such diagnosis and conditions, (3) Plaintiff's future medical treatment and cost estimate, and (4) Plaintiff's pain and suffering.

Any necessary report, curriculum vitae, testifying history and statement of compensation will be produced to Defendants.

## II.

## NON-RETAINED TESTIFYING EXPERTS

3. Plaintiff also designates the following individuals who are not retained or specially employed to provide expert testimony but who may be called to offer opinions at trial:

Amanda M. Pacheco #3285
El Paso Police Department
Westside Regional Command Center
300 N. Campbell
El Paso, Texas 79901
915-212-8581

Officer Pacheco may testify regarding the investigation of the scene of the collision made the basis of this lawsuit, the damage sustained to the vehicles involved, and the injuries sustained by Plaintiff. She is also expected to offer testimony as to the Texas Transportation Code, Defendants' violations of such code and the cause of the crash.  For a brief summary and basis of Officer Pacheco's mental impressions and opinions, please see her Texas Peace Officer's Crash Report.

Dr. Philip Rodriguez, F.N.P., D.C.
First Class Medical Clinics
1030 Zaragoza Road, Ste. A
El Paso, Texas 79907
915-307-4444

It is anticipated that Dr. Rodriguez may testify generally in the area of general medicine, rehabilitation, physical therapy, and as to the injuries sustained by Plaintiff as a result of the crash made the basis of this lawsuit.  It is expected that Dr. Rodriguez will testify as to the diagnosis, care and treatment rendered to Plaintiff as a result of the incident made the basis of this suit and his prognosis and future medical care. Employees and personnel, including the custodian of records, are expected to testify and/or offer an affidavit as to the reasonableness and necessity of Plaintiff's past medical expenses as well as authenticity of Plaintiff's medical records. For a brief summary and basis of Dr. Rodriguez's mental impressions and opinions, please see the medical and billing records from First Class Medical Clinics.

Richard Anguiano, M.D.

Southwest X-Ray
10501 Gateway West, Suite 140
El Paso, Texas 79925
915-544-7300

It is anticipated that Dr. Anguiano may testify generally in the area of radiology and as to the injuries sustained by Plaintiff as a result of the crash made the basis of this lawsuit. It is expected that Dr. Anguiano will testify as to the diagnosis, care and treatment rendered to Plaintiff as a result of the incident made the basis of this suit and his prognosis and future medical care. Employees and personnel, including the custodian of records, are expected to testify and/or offer an affidavit as to the reasonableness and necessity of Plaintiff's past medical expenses as well as authenticity of Plaintiff's medical records. For a brief summary and basis of Dr. Anguiano's mental impressions and opinions, please see the medical and radiological records from Southwest X-Ray.

Dr. Donald J. Ammon
Juan Rivas
1st Choice Treatment Clinic
6300 Gateway Blvd East
El Paso, Texas 79905
915-781-2273

It is anticipated that Dr. Ammon may testify generally in the area of general medicine, rehabilitation, chiropractic care and as to the injuries sustained by Plaintiff as a result of the crash made the basis of this lawsuit. It is expected that Dr. Ammon will testify as to the diagnosis, care and treatment rendered to Plaintiff as a result of the incident made the basis of this suit and his prognosis and future medical care. Employees and personnel, including the custodian of records, are expected to testify and/or offer an affidavit as to the reasonableness and necessity of Plaintiff's past medical expenses as well as authenticity of Plaintiff's medical records. For a brief summary and basis of Dr. Ammon's mental impressions and opinions, please see the medical and billing records from 1st Choice Treatment Clinic.

Bratislav Velimirovic, MD
4532 North Mesa Street
Ste. B2
El Paso, Texas 79912
915-247-3150

It is anticipated that Dr. Velimirovic may testify generally in the area of general and neurosurgery and as to the injuries sustained by Plaintiff as a result of the crash made the basis of this lawsuit. It is expected that Dr. Velimirovic will testify as to the diagnosis, care and treatment rendered to Plaintiff as a result of the incident made the basis of this suit and his prognosis and future medical care. Employees and personnel, including the custodian of records, are expected to testify and/or offer an affidavit as to the reasonableness and necessity of Plaintiff's past medical expenses as well as authenticity of Plaintiff's medical records. For a brief summary and basis of Dr. Velimirovic's mental impressions and opinions, please see his medical and billing records.

4. Plaintiff does not concede that any expert designation, report or disclosure is required for the potential testimony of the non-retained individuals identified above, either under the Rules or any order of this Court, but such designation is provided out of an abundance of caution.

5. Plaintiff reserves the right to call any expert designated by Defendant or called by Defendant at hearing or trial.

6. Plaintiff further reserves the right to solicit testimony from any person identified by any party as a fact witness in this case, which may require such witness to rely upon their specialized knowledge, training, experience, education, or expertise in a particular field or which may be considered "opinion" testimony. It is expected that such persons and any non-retained persons would provide testimony consistent with any and all records they have generated and/or any testimony or statements provided to any person or party and within the realm of their expertise and training.

7. Plaintiff may also solicit expert testimony from any party in this case. It is expected that any opinions solicited from such parties would be opinions provided within the realm of their expertise and consistent with their business records and/or consistent with deposition testimony or statements provided on such subjects.

8. Plaintiff reserves the right to supplement this designation. Plaintiff reserves the right to designate additional experts and Plaintiff's experts reserve the right to supplement, amend or modify any of the opinions expressed in their reports as additional information may become available through discovery and at trial.

9. Plaintiff reserves the right to solicit testimony from any witness, lay or otherwise, who may have relevant opinions within the realms of their expertise.

Respectfully submitted,

*/s/ Veronica Sepulveda Martinez*
Veronica Sepulveda Martinez
State Bar No. 24081144
P.O. Box 4134
Edinburg, TX 78540
Telephone No.:  956/335-4900
Telecopier No.:  956/338-5700
veronica@garzamartinezlaw.com
**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

*Of Counsel:*

**I. Cecilia Garza**
504 E. 9th Street, Ste. A
Mission, Texas 78572
Telephone:  956/335-4900
Telecopier: 956/338-5700
Email:  cecilia@garzamartinezlaw.com


**GARZA MARTINEZ, LLP**
504 E. 9th Street, Ste. A
Mission, Texas 78572
Telephone:  956/335-4900
Telecopier: 956/338-5700
Email:  office@garzamartinezlaw.com

## CERTIFICATE OF SERVICE

      I certify that a true copy of the foregoing document was served on each attorney of record or party through CM/ECF filing on this the 31st day of July 2021:

Chris C. Pappas
Roland G. Hamilton
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
Phone: 713.425.7400
Email: cpappas@krcl.com; rhamilton@krcl.com

***ATTORNEYS FOR DEFENDANTS***
***EAGLESTAR & SHAMROCK FOODS, CO.***

                                            */s/ Veronica Sepulveda Martinez*
                                            Veronica Sepulveda Martinez